# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SYDRIAN LOFTON,<br><br>        Plaintiff,<br>v.<br><br>CITY OF SAN JOSE,<br><br>        Defendant. | Case No. 5:13-cv-02889-PSG<br><br>**ORDER TO SHOW CAUSE** |

Many months have passed since Plaintiff's deadline to file a Notice of Need for Mediation.[1] No later than 14 days from this order, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute.

**SO ORDERED.**

Dated: December 3, 2014

                                                _____
                                                PAUL S. GREWAL
                                                United States Magistrate Judge

---

[1] *See* Docket No. 3.

Case No. 5:13-cv-02889-PSG
ORDER TO SHOW CAUSE